IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA  *
                          *
v.                        *    CR 119-029
                          *
DOMINGO FABIAN GARCIA-AGULAR  *

O R D E R

Presently before the Court is Defendant's "Request for Review and Consideration Based on § 402 of the First Step Act." Upon due consideration, this motion (doc. 79) is **DENIED** for the reasons stated in the Government's response in opposition filed on August 6, 2020. Accordingly, Defendant's request for counsel is **DENIED AS MOOT**.

ORDER ENTERED at Augusta, Georgia, this 13th day of August, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA