IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 119-029 |
| | * | |
| DOMINGO FABIAN GARCIA-AGUILAR | * | |

O R D E R

Before the Court in the captioned case is Defendant Domingo Fabian Garcia-Aguilar's motion for early termination of supervised release. Defendant has now served half of his three-year term without violation, and he has paid his criminal monetary obligations. He has maintained steady employment. Neither his Supervising Probation Officer nor the United States Attorney's Office oppose early termination. Accordingly, and in consideration of the factors set forth in 18 U.S.C. § 3553(a), the motion for early termination of supervised release (doc. 91) is **GRANTED**. Defendant Garcia-Aguilar is hereby discharged from supervised release upon entry of this Order.

**ORDER ENTERED** at Augusta, Georgia, this 23rd day of June, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA